JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERRY R. S.,

      Plaintiff,

    v.

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

Case No. 2:25-cv-05800-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Court's orders.

DATED:  May 6, 2026

_____
Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE