**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY RUTH SEALEY,<br><br>   Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>   Defendant | Case No.: 2:25-cv-05800-KES<br><br>{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $8,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:  June 3, 2026

*Karen E. Scott*

THE HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

-1-